## Kashner Condemnation Case.

Argued March 23, 1970. *Robert H. Raymond, Jr.,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, Departments of Highways, appellant; *Donald A. Lewis,* for appellee.

Judgment affirmed.